■ The People of the State of New York, Respondent, v Jose E., Appellant. — Judgment, Supreme Court, New York County (Irving Lang, J.), rendered on April 16, 1981, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sullivan, J. P., Ross, Carro, Silverman and Lynch, JJ.